I dissent.
I adopt the unanimous opinion of the Court of Civil Appeals as my dissent. See McCord-Baugh v. Birmingham Bd. of Educ.,894 So.2d 672 (Ala.Civ.App. 2002). I share the concern of Justice Breyer in his opinion concurring in the result in Village ofWillowbrook v. Olech, 528 U.S. 562, 565, 120 S.Ct. 1073,145 L.Ed.2d 1060 (2000), that the Court not "transform many ordinary violations of city or state law into violations of the Constitution. It might be thought that a rule that looks only to an intentional difference in treatment and a lack of a rational basis for that different treatment would work such a transformation." In my opinion, Justice Breyer's concern has come to fruition in the majority opinion in this case.
I do not understand Williams v. Pryor, 240 F.3d 944, 951 (11th Cir. 2001), the only Eleventh Circuit case cited in the majority opinion, as adopting a "class of one" analysis in equal-protection challenges other than in land-use cases. *Page 692